IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**HENRY LEE CRAIG, #76582**                                         **PETITIONER**

v.                                           **CAUSE NO. 1:16cv371-LG-FKB**

**J. BRADLEY, WARDEN**
**and G. WALKER, WARDEN**                                        **RESPONDENTS**

## FINAL JUDGMENT

This matter is before the Court on the submission of the [29] Report and Recommendation of United States Magistrate Judge F. Keith Ball entered in this cause on August 4, 2017. The Court, having adopted said Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed with prejudice. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 24th day of August, 2017.

                                                        *s/ Louis Guirola, Jr.*
                                                        LOUIS GUIROLA, JR.
                                                        CHIEF U.S. DISTRICT JUDGE