# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**HENRY LEE CRAIG**     **PETITIONER**

**v.**     **CAUSE NO. 1:16CV371-LG-FKB**

**J. BRADLEY, Warden; and**
**G. WALKER, Warden**     **RESPONDENTS**

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

**BEFORE THE COURT** is the Motion for a Certificate of Appealability [50] filed by the petitioner Henry Lee Craig. A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

    _X_ A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

    ___ A Certificate of Appealability should issue for the following specific issue(s):

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, for the reasons stated in this Court's Order Adopting Report and Recommendation and Dismissing Action [30], the petitioner's Motion for a Certificate of Appealability [50] is **DENIED.**

**SO ORDERED AND ADJUDGED** this the 31st day of October, 2017.

                            s/ *Louis Guirola, Jr.*
                            Louis Guirola, Jr.
                            Chief United States District Judge